# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 17-cv-01004 (APM) |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Department of Homeland Security ("Defendant"), by and through undersigned counsel, respectfully submits the following answer to Plaintiff's Complaint ("Complaint") filed on May 25, 2017. All allegations in the Complaint, including relief sought, are denied except when specifically admitted. Defendant admits, denies, or otherwise avers as follows:

### DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint should be dismissed in whole, or part, for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

The information requested in Plaintiff's Freedom of Information Act ("FOIA") request is exempt in whole or in part under the FOIA.

### THIRD DEFENSE

The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief authorized by the FOIA.

**FOURTH DEFENSE**

Defendant's component, Immigration and Custom Enforcement ("ICE") has completed the processing of Plaintiff's FOIA request and produced to Plaintiff the non-exempt responsive materials.

**SPECIFIC RESPONSES**

Answering specifically each paragraph of the Complaint, using the same headings and numbering used in the Complaint, Defendant answers as follows. Defendant denies any allegations contained in such headings.

**Complaint**

1. This paragraph contains Plaintiff's characterization of this action, to which no response is required.

**Jurisdiction and Venue**

2. This paragraph contains Plaintiff's conclusions of law concerning jurisdiction and venue, not allegations of fact, and thus no response is required. However, Defendant admits that this Court possess jurisdiction and venue is proper in this district.

**The Parties**

3. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

4. Defendant admits the allegations in this paragraph.

5. This paragraph contains Plaintiff's opinions and viewpoints, which are irrelevant to this action, and to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph.

6. This paragraph contains Plaintiff's characterization of this action, opinions, and viewpoints, which are irrelevant to this action, and to which no response is required. To the extent a response is required, Defendant admits only that Plaintiff submitted a FOIA request to ICE dated August 23, 2016, refers the Court to that request for a true and accurate statement of its contents, and is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

### Plaintiff's FOIA Request and Defendant's Response

7. Defendant admits that Plaintiff submitted a FOIA request to ICE dated August 23, 2016, and respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

8. Defendant admits that Plaintiff's FOIA request included a request for a fee waiver and respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

9. Defendant admits that Plaintiff's FOIA request included a request for expedited processing and respectfully refers the Court to the FOIA request for a complete and accurate statement of its contents.

10. Defendant admits the allegations contained in this paragraph and respectfully refers the Court to the email message dated September 2, 2016 for a complete and accurate statement of its contents.

11. Defendant admits the allegations contained in this paragraph and respectfully refers the Court to the letter dated September 19, 2016 for a complete and accurate statement of its contents.

12. Defendant admits that Plaintiff submitted a letter dated November 7, 2016 to the Office of the Principal Legal Advisor and respectfully refers the Court to the letter for a complete and accurate statement of its contents.

13. Defendant admits the allegations contained in this paragraph and respectfully refers the Court to the letter dated December 15, 2016.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and avers that it has no record of receipt of any such letter.

15. Defendant denies the allegations contained in the first sentence of this paragraph. Defendant denies the allegation contained in the second sentence of this paragraph and avers that it has no record of receiving an appeal of its decision to deny Plaintiff's request for expedited treatment.

## Cause of Action

16. This paragraph contains Plaintiff's conclusions of law, to which no response is required.

17. Defendant denies the allegations in this paragraph.

18. This paragraph contains Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations.

## Requested Relief

The remainder of the Complaint consists of Plaintiff's Prayer for Relief, to which no response is required. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to any of the relief requested in this Section, or to any relief whatsoever.

WHEREFORE, having fully answered, Defendant respectfully requests that the Court issue an order dismissing with prejudice the above-captioned case, granting Defendant judgment, including all costs, charges and fees permitted by law, and such further relief as the Court deems just and proper.

Dated: July 3, 2017

                                           Respectfully Submitted,

                                           CHANNING D. PHILLIPS, D.C. Bar # 415793
                                           United States Attorney

                                           DANIEL F. VAN HORN, D.C. Bar # 924092
                                           Chief, Civil Division

By: */s/ Melanie D. Hendry*
      Melanie D. Hendry
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2510
      melanie.hendry2@usdoj.gov