# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF HOMELAND SECURITY, ) <br> ) <br> Defendant. ) <br>  ) | Case No. 17-cv-01004 (APM) |

Defendant Department of Homeland Security ("Defendant") jointly with Plaintiff American Civil Liberties Union ("Plaintiff"), by and through undersigned counsel, hereby respectfully file this joint status report. After meeting and conferring, the parties respectfully report to the Court as follows:

1. On or about June 27, 2017, Defendant completed its processing of Plaintiff's FOIA request and produced to Plaintiff approximately 1,397 pages of responsive records.

2. Plaintiff has reviewed the documents produced by Defendant and intends to challenge: (1) the adequacy of Defendant's search; (2) withholdings pursuant to FOIA Exemption 5; (3) withholdings of the names of parties and federal court docket numbers from pleadings pursuant to FOIA Exemptions 6 and 7(C); and (4) withholdings of information concerning law enforcement techniques pursuant to FOIA Exemption 7(E). The parties propose the following schedule for briefing summary judgment cross-motions concerning those issues:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | September 22, 2017 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | October 23, 2017 |

| | |
|---|---|
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | November 20, 2017 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | December 11, 2017 |

WHEREFORE, the parties respectfully submit this Joint Status Report to the Court.

Dated: July 18, 2017

Respectfully submitted,

  /s/ David L. Sobel
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
(202) 246-6180
sobel@att.net

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

  /s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

*Counsel for Defendant*