UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 17-cv-01004 (APM) <br> ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT STATUS REPORT

Plaintiff American Civil Liberties Union ("Plaintiff") and Defendant Department of Homeland Security ("Defendant"), by and through undersigned counsel, hereby respectfully file this joint status report to update the Court concerning Defendant's processing of Plaintiff's Freedom of Information Act ("FOIA") request seeking ten categories of documents concerning Immigration and Customs Enforcement ("ICE") policies related to hunger strikes and other refusals to eat.

1. In the July 18, 2017 status report (*see* ECF No. 9), Defendant reported that it had completed its processing of Plaintiff's FOIA request and produced to Plaintiff approximately 1,397 pages of responsive records. In the status report, the parties proposed a briefing schedule for summary judgment motions. By Order dated July 20, 2017 (*see* ECF No. 10), the Court adopted the parties' proposed schedule and directed Defendant to file its summary judgment motion by September 22, 2017.

2. Thereafter, on September 19, 2017, Defendant moved to vacate the briefing schedule and advised the Court that it had located approximately 2,000 pages of additional potentially responsive records, which it anticipated that it could process at the rate of

approximately 500 pages per month. Defendant further reported that it anticipated making its next release of non-exempt responsive records by October 20, 2017, followed by interim releases every 30 days thereafter. Finally, Defendant requested that the court vacate the briefing schedule and permit the parties to file a joint status report by January 31, 2017, to update the Court concerning the status of processing and production and to propose a new summary judgment motion briefing schedule. *See* ECF No. 12. The Court granted that request. *See* Sept. 19, 2017 Minute Order.

3. ICE represents that it made a second interim release of responsive records on or about November 27, 2017, but plaintiff states that it has no record of receiving such a release of records. The undersigned Assistant United States Attorney has provided Plaintiff's counsel with a copy of the cover letter that accompanied the November 27 release and has offered to request that the agency resend it to Plaintiff in the event Plaintiff remains unable to locate it.

4. Agency counsel has advised the undersigned Assistant United States Attorney that since the last report to the Court, ICE has located approximately 83,000 pages of additional potentially responsive material. ICE anticipates that it can process these documents at the rate of 500 pages per month. It is Plaintiff's position that given the delays that have already occurred, Plaintiff does not concede that such a processing rate would be reasonable or acceptable.

5. In light of this significantly larger number of potentially responsive documents, ICE believes it would be fruitful for the parties to confer to determine whether they can reach agreement to narrow the scope of Plaintiff's FOIA request, thereby reducing the number of potentially responsive documents and the time needed to process them. ICE is currently working on a proposal, which it intends to provide to Plaintiff on or before February 14, 2018, to help facilitate the parties' discussion concerning potential options for narrowing the scope. In light of the

foregoing, the parties respectfully request that they be permitted to meet, confer, and provide a further update to the Court on or before February 28, 2018.

Dated: January 31, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ David L. Sobel*<br>DAVID L. SOBEL<br>D.C. Bar No. 360418<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, D.C. 20015<br>(202) 246-6180<br>sobel@att.net<br>*Counsel for Plaintiff* | JESSIE K. LIU, D.C. Bar No. 472845<br>United States Attorney<br>DANIEL F. VAN HORN, D.C. Bar No. 924092<br>Chief, Civil Division<br>*/s/ Melanie D. Hendry*<br>Melanie D. Hendry<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>melanie.hendry2@usdoj.gov<br>*Counsel for Defendant* |