UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-01004 (APM) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff American Civil Liberties Union ("Plaintiff") and Defendant Department of Homeland Security ("Defendant"), by and through undersigned counsel, hereby respectfully submit this joint status report to update the Court concerning Defendant's processing of Plaintiff's Freedom of Information Act ("FOIA") request seeking ten categories of documents concerning Immigration and Customs Enforcement ("ICE") policies related to hunger strikes and other refusals to eat.

In their last joint status report the parties reported that due to the volume of potentially responsive documents, they are conferring concerning potential options for narrowing the scope of the request and prioritizing the processing of certain categories of documents. The parties have not yet concluded their consultations.

In light of the foregoing, the parties respectfully request that they be permitted to continue their discussions and to provide a further update to the Court on or before April 27, 2018.

Dated: March 23, 2018

Respectfully submitted,

| | |
|---|---|
| */s/ David L. Sobel*<br>DAVID L. SOBEL<br>D.C. Bar No. 360418<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, D.C. 20015<br>(202) 246-6180<br>sobel@att.net<br>*Counsel for Plaintiff* | JESSIE K. LIU,<br>D.C. Bar No. 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN,<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>*/s/ Melanie D. Hendry*<br>Melanie D. Hendry<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>melanie.hendry2@usdoj.gov<br>*Counsel for Defendant* |