# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 17-cv-01004 (APM) |
| DEPARTMENT OF HOMELAND SECURITY, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

Plaintiff American Civil Liberties Union ("Plaintiff") and Defendant Department of Homeland Security ("Defendant"), by and through undersigned counsel, hereby respectfully submit this joint status report to update the Court concerning Defendant's processing of Plaintiff's Freedom of Information Act ("FOIA") request seeking ten categories of documents concerning Immigration and Customs Enforcement ("ICE") policies related to hunger strikes and other refusals to eat.

ICE is continuing its processing and interim release of responsive documents and made its seventeenth interim release on June 18, 2019. ICE currently estimates that approximately 21,856 potentially responsive pages remain to be processed. However, that number may change since processing is still ongoing. ICE proposes that it continue its processing and interim releases of responsive documents.

In light of the foregoing, the parties respectfully request that they be permitted to provide a further update concerning the status of the processing of Plaintiff's FOIA request on or before July 31, 2019.

Dated: June 28, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ David L. Sobel*<br>DAVID L. SOBEL<br>D.C. Bar No. 360418<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, D.C. 20015<br>(202) 246-6180<br>sobel@att.net<br>*Counsel for Plaintiff* | JESSIE K. LIU,<br>D.C. Bar No. 472845<br>United States Attorney<br><br>DANIEL F. VAN HORN,<br>D.C. Bar No. 924092<br>Chief, Civil Division<br><br>*/s/ Melanie D. Hendry*<br>Melanie D. Hendry<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2510<br>melanie.hendry2@usdoj.gov<br>*Counsel for Defendant* |